IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:19-MJ-656 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| NATHAN GODDARD, | : | **NOTICE OF APPEARANCE** |
| Defendant. | : | |

Now comes Deborah L. Williams, Federal Public Defender, and hereby enters her appearance as co-counsel of record for the Defendant, Nathan Goddard.

        Respectfully submitted,

        DEBORAH L. WILLIMAS
        FEDERAL PUBLIC DEFENDER


        s/Deborah L. Williams
        Deborah L. Williams (AZ 010537)
        Federal Public Defender
        10 West Broad Street, Suite 1040
        Columbus, OH   43215
        (614) 469-2999
        Deborah_Williams@fd.org

        Co-Counsel for Defendant
        Nathan Goddard

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served upon Dominick Gerace, Assistant United States Attorney, by electronic filing, this 6th day of November, 2019.

                                                   s/Deborah L. Williams
                                                 Deborah L. Williams